FILED

2012 APR -4 AM 11:08

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LANDON L. WILLIAMS )
)
      Plaintiff, )
)
v. ) Civil No. 3:12-CV-369-J-34TEM
) (formerly Fourth Judicial Circuit
UNITED STATES OF AMERICA ) Court, Duval County, Florida, Case
) No. 16-2012-SC-001055-XXXX-MA)
      Defendant. )

## UNITED STATES OF AMERICA'S NOTICE OF REMOVAL

Defendant United States of America, by and through the undersigned counsel, gives notice that it is removing this action to this Court under 28 U.S.C. § 1446(a) on the following ground:

1. On or around February 28, 2012, Plaintiff Landon Williams filed with the Fourth Judicial Circuit Court of Duval County, State of Florida, a Complaint for refund of federal income taxes.[1] *See Landon L. Willaims v. United States of America, et. al.*, Case No. 16-2012-SC-001055-XXX-MA.

2. This action constitutes an action that is removable to this Court under 28 U.S.C. §§ 1441(b) and 1442(a)(1).

3. Plaintiff served the United States Attorney for the Middle District of Florida on March 6, 2012. Accordingly, the United States has timely filed this notice of removal within 30-

---

[1] Plaintiff improperly named the Internal Revenue Service as a Defendant to Plaintiff's Complaint. However, the United States of America is the only real Defendant. *See Dugan v. Rank*, 372 U.S. 609, 620, (1963) ("[A] suit is against the sovereign if the judgment sought would . . . interfere with the public administration, or if the effect of the judgment would be to restrain the Government from acting, or to compel it to act.") (internal citations omitted).

days of receiving a copy of the initial pleading setting forth Plaintiff's claim. *See* 28 U.S.C. § 1446(b).

4. Copies of all papers that have been made known to the United States are attached as <u>Exhibit A</u>.

5. A copy of this notice will be filed with the Fourth Judicial Circuit Court of Duval County, State of Florida, under 28 U.S.C. § 1446(d), after the filing of the original of this notice in this Court.

WHEREFORE, this civil action now pending in the Fourth Judicial Circuit Court of Seminole County, State of Florida, is now removed to the United States District Court for the Middle District of Florida, Jacksonville Division.

Dated: April 3, 2012                Respectfully submitted,

JOHN A. DiCICCO
Principal Deputy Assistant Attorney General
Tax Division

By: *[signature]*
ALEXANDER J. MERTON
Alexander.J.Merton@usdoj.gov
U.S. Department of Justice
Trial Attorney, Tax Division
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-0563
Facsimile: (202) 514-9868
Attorney for Defendant, United States of America

Of Counsel:

ROBERT E. O'NEILL
United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF REMOVAL was furnished by first-class mail this April 3, 2012 to the following:

> Landon L. Williams
> PO BOX 9339
> Jacksonville, FL 32208
> *Pro Se*

                              _____
                              Alexander J. Merton
                              U.S. Department of Justice
                              Trial Attorney, Tax Division