IN THE COUNTY COURT, IN AND
FOR THE FOURTH JUDICIAL CIRCUIT
DUVAL COUNTY, FL

CASE NO:

DIVISION: 16- 2012-SC- 001055    -XXX)

LANDON L. WILLIAMS,
Plaintiff

3:12-cv-369-J-34TEM

V.

UNITED STATES OF AMERICA; INTERNAL REVENUE
SERVICE
Defendant(s)
_____/

## COMPLAINT

This is a lawsuit to recover from either the Internal Revenue Service or the United States Department of the Treasury sums that are lawfully owed to Plaintiff Landon L. Williams as refunds for overpayments to federal income taxes he made during tax years 2004 and 2005, respectively. In support hereof, Plaintiff affirmatively causes to show:

1. On April 15, 2005 the Plaintiff Landon L Williams properly filed notices with the Internal Revenue Service (hereinafter "IRS") declaring that the Plaintiff would need additional time to file federal his federal income taxes. Said notices alerted the IRS that the Plaintiff had unresolved issues involving the proper accounting of income the Plaintiff earned from Merrill Lynch, Plaintiff's employer, during tax years 2004 and 2005 respectively.
2. On December 31, 2009, the Plaintiff filed U.S. Individual Federal Income Tax Return(s) for the tax years 2004 and 2005, respectively.
3. Plaintiff is entitled to a refund of his 2004 federal income tax payment in the amount of $1,171.47.
4. Plaintiff is entitled to a refund of his 2005 federal income tax payment in the amount of $1,686.42.
5. On or about March, 2010, the Internal Revenue Service informed Plaintiff that he was not entitled to a refund of his IRS income tax overpayment(s) for the years 2004 and 2005. The IRS claimed that the 36-month statute had tolled barring Plaintiff's entitlement to a tax refund for the years 2004 and 2005 respectively.
6. The Plaintiff is allowed under well established law to a refund of his income tax overpayments for tax year(s) 2004 and 2005, given the statutory notice he provided to the IRS on April 15, 2005.

## COMPLIANCE WITH LOCAL RULE

Prior to the institution of this lawsuit, Plaintiff Landon L. Williams attempted in a good faith effort to resolve the issues at bar without seeking court intervention. The parties were unable to resolve this issue(s) involving this lawsuit.

**WHEREFORE** Plaintiff respectfully prays for entry of an appropriate Order directing the Defendant to refund the Plaintiff his income tax overpayments, along with all court costs, filing fees, prejudgment interest and fees for service of legal process.

Respectfully submitted,

_____
Landon L. Williams, pro se
Plaintiff
Post Office Box 9339
Jacksonville, FL 32208
(904) 386-8703